IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **In re: Helicopter Crash Near Weaverville, California 8/5/08** | No. 09-md-2053-MO<br>Associated Matter: 09-cv-705-MO<br><br>OPINION AND ORDER |

**MOSMAN, J.,**

      Pending before the Court is insurance coverage defendant Houston Casualty Company's ("Houston Casualty") Motion for Judgment on the Pleadings (#257). Houston Casualty argues that Oregon law does not recognize insurance coverage plaintiffs Carson Helicopter, Inc. and Carson Helicopter Services, Inc.'s fifth claim for relief, a tort claim for bad faith breach of an insurance contract, because "Oregon law limits recovery for an insurer's breach of a contractual duty to defend to actual contract damages . . . . and there is no cause of action in tort." (Def.'s Mem. in Supp. (#258) 2.)

      In light of my ruling that Pennsylvania law applies to plaintiffs' bad faith claim, see Op. & Order, May 18, 2010, I DENY AS MOOT Houston Casualty's Motion for Judgment on the Pleadings (#257).

      IT IS SO ORDERED.

      DATED this   19th   day of May, 2010.

                                                     /s/ Michael W. Mosman
                                                    MICHAEL W. MOSMAN
                                                    United States District Judge

PAGE 1 - OPINION AND ORDER